ADR, CLOSED

# U.S. District Court
## Northern District of New York [LIVE - Version 2.3] (Albany)
### CIVIL DOCKET FOR CASE #: 1:04-cv-01301-DNH-DRH

05cv 10253 PBS

Baron v. Pfizer, Inc.
Assigned to: Judge David N. Hurd
Referred to: Magistrate Judge David R. Homer
Cause: 28:1441 Petition for Removal- Fraud

Date Filed: 11/09/2004
Jury Demand: None
Nature of Suit: 370 Fraud or Truth-In-Lending
Jurisdiction: Federal Question

**Plaintiff**

**Stephanie Baron**
*on behalf of herself and all other
similarly situated New York residents*

represented by **John M. Dillon**
Dillon, Dillon Law Firm
100 Mamaroneck Avenue
Mamaroneck, NY 10543
914-698-6392
Fax: 914-698-2038
Email: john.dillon@dillonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Yanchunis**
James, Hoyer Law Firm
4830 West Kennedy Boulevard
Suite 550, One Urban Centre
Tampa, FL 33609
813-286-4100
Fax: Fax 813-286-4174
Email: jyanchunis@jameshoyer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc.**

represented by **Dennis E. Glazer**
Davis, Polk Law Firm
Room 3030
450 Lexington Avenue
30th Floor
New York, NY 10017
212-450-4000
Fax: 212-450-5988

Email: glazer@dpw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erik M. Zissu**
Davis, Polk Law Firm
450 Lexington Avenue
30th Floor
New York, NY 10017
212-450-4511
Fax: 212-450-3511
Email: erik.zissu@dpw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James P. Rouhandeh**
Davis, Polk Law Firm
Room 3030
450 Lexington Avenue
30th Floor
New York, NY 10017
212-4504835
Fax: 212-450-3835
Email: rouhandeh@dpw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/09/2004 | 1 | NOTICE OF REMOVAL from County of Albany Supreme Court, case number 6429-04 (Filing fee $ 150 receipt number 212), filed by Pfizer, Inc..(ban) (Entered: 11/10/2004) |
| 11/09/2004 | 2 | G.O. 25 FILING ORDER ISSUED Initial Conference set for 3/8/2005 11:30 AM in Albany before Magistrate Judge David R. Homer. Civil Case Management Plan due by 2/28/2005. (ban) (Entered: 11/10/2004) |
| 11/09/2004 | 3 | FRCP 7.1 DISCLOSURE STATEMENT by Pfizer, Inc. (ban) (Entered: 11/10/2004) |
| 11/16/2004 | 4 | ORDER granting Deft Pfizer's 11/15/04 request for extensionof time to answer; If Pltf files a motion to remand, then Deft's ddl to answer, move or otherwise respond to complaint is extended to 30 days after resolution of such motion to remand OR if Pltf does not file a motion to remand, the ddl for Deft to answer, move or otherwise respond to complaint is extended to 12/22/04. Signed by Judge David R. Homer on 11/15/04. (sfp, ) (Entered: 11/16/2004) |

| 12/13/2004 | 5 | MOTION to Remand Motion Hearing set for 1/28/2005 10:00 AM in Albany before Judge David N. Hurd. Response to Motion due by 1/11/2005 Reply to Response to Motion due by 1/18/2005. by Stephanie Baron. (Attachments: # 1 Memorandum of Law In Support of Motion to Remand# 2 Letter# 3 Letter)(ban) (Entered: 12/13/2004) |
|---|---|---|
| 12/28/2004 | 6 | AFFIDAVIT in Support of Motion to Remand re 5 MOTION to Remand filed by Stephanie Baron. (ban) (Entered: 12/29/2004) |
| 01/11/2005 | 7 | RESPONSE in Opposition re 5 MOTION to Remand filed by Pfizer, Inc.. (Struve, Guy) (Entered: 01/11/2005) |
| 01/15/2005 |  | NOTICE of Hearing on Motion 5 MOTION to Remand: Video Motion Hearing set for 1/31/2005 10:30 AM, 1st Floor Video Conference Room in Albany before Judge David N. Hurd. Appearance required. Please adjust your calendars accordingly.(cmr, ) (Entered: 01/15/2005) |
| 01/15/2005 |  | Set/Reset Deadlines as to 5 MOTION to Remand. Video Motion Hearing set for 1/31/2005 10:30 AM, 1st Floor Video Conference Room in Albany before Judge David N. Hurd. (cmr, ) (Entered: 01/15/2005) |
| 01/18/2005 | 10 | MOTION for Limited Admission Pro Hac Vice of James P. Rouhandeh .(kcl, ) (Entered: 01/25/2005) |
| 01/18/2005 | 11 | MOTION for Limited Admission Pro Hac Vice of Erik M. Zissu .(kcl, ) (Entered: 01/25/2005) |
| 01/20/2005 | 8 | REPLY MEMORANDUM OF LAW filed by Stephanie Baron in further support of the 5 Motion to Remand. (Attachments: # 1 Exhibit(s) A)(Dillon, John) (Entered: 01/20/2005) |
| 01/20/2005 | 9 | CERTIFICATE OF SERVICE by Stephanie Baron *PLAINTIFF'S REPLY MEMO OF LAW ON MOTION TO REMAND* (Dillon, John) (Entered: 01/20/2005) |
| 01/24/2005 | 12 | ORDER granting 10 Motion for Limited Admission Pro Hac Vice as to James P. Rouhandeh. Signed by Judge Gustave J. DiBianco on 1/24/05. (kcl, ) (Entered: 01/26/2005) |
| 01/24/2005 | 13 | ORDER granting 11 Motion for Limited Admission Pro Hac Vice as to Erik Zissu. Signed by Judge Gustave J. DiBianco on 1/24/05. (kcl, ) (Entered: 01/26/2005) |
| 01/28/2005 | 14 | MOTION for Limited Admission Pro Hac Vice of John A. Yanchunis, Esq. by Stephanie Baron.(wbl, ) (Entered: 01/29/2005) |
| 01/28/2005 | 15 | ORDER granting 14 Motion for Limited Admission Pro Hac Vice of John A. Yanchunis, Esq.. Signed by Judge David R. Homer on 1/27/05. (wbl, ) (Entered: 01/29/2005) |
| 01/31/2005 | 16 | Minute Entry for proceedings held before Judge David N. Hurd : Telephone Conference held on 1/26/2005 (Court Reporter None) (cmr, ) (Entered: 01/31/2005) |

| 01/31/2005 | 17 | ORDER granting 5 Motion to Remand. Signed by Judge David N. Hurd on 1/31/05. (cbm, ) (Entered: 01/31/2005) |
|---|---|---|
| 01/31/2005 | 18 | Copy of clerk's cover Letter to Albany County Supreme Court clerk, enclosing certified copy of 17 order. (cbm, ) (Entered: 01/31/2005) |
| 02/01/2005 | 19 | Minute Entry for proceedings held before Judge David N. Hurd : Video Motion Hearing held on 1/31/2005 re 5 MOTION to Remand filed by Stephanie Baron, (Court Reporter Nancy Freddoso) (cmr, ) (Entered: 02/01/2005) |
| 02/07/2005 | 20 | CONDITIONAL TRANSFER ORDER before the Judicial Panel on MDL in the District of Massachusetts. **This order is not being acted on because the case has already closed in the NDNY. This case was remanded on 1/31/05 to Supreme Court for the County of Albany. I spoke with The Judicial Panel on MDL and faxed them a copy of the remand order. After reviewing the order they said they would issued an order vacating this order of Conditional Transfer** (ban) (Entered: 02/08/2005) |

## PACER Service Center

### Transaction Receipt

02/08/2005 12:27:34

| PACER Login: | us2510 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 1:04-cv-01301-DNH-DRH |
| Billable Pages: | 2 | Cost: | 0.16 |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 1 8 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1629

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-2)

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 12 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, 342 F.Supp.2d 1350 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB - 3 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-2 - TAG ALONG ACTIONS
## DOCKET NO. 1629
## IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

**DISTRICT DIV. C.A.#**

ILLINOIS CENTRAL
   ILC   4  04-4087      Randall J. Veys v. Pfizer, Inc., et al. ✓

ILLINOIS NORTHERN
   ILN   1  04-7031      Leonard Olsen v. Pfizer, Inc., et al. ✓

INDIANA SOUTHERN
   ~~INS   1  04-1956~~      ~~Susan Hotseller v. Pfizer, Inc., et al.~~    Opposed 2/2/05

KENTUCKY WESTERN
   KYW   5  04-213      Betty Carter, et al. v. Pfizer, Inc., et al. ✓

MICHIGAN EASTERN
   MIE   2  04-74258      Midwest Health Plan, Inc. v. Pfizer, Inc., et al. ✓

MISSOURI WESTERN
   MOW   6  04-3539      Fred Reiss v. Pfizer, Inc., et al. ✓

NEW YORK NORTHERN
   NYN   1  04-1301      Stephanie Baron v. Pfizer, Inc. ✓

OHIO SOUTHERN
   OHS   2  04-1058      Rebecca Groves v. Pfizer, Inc., et al. ✓