JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 9 2005

FILED
CLERK'S OFFICE

# DOCKET NO. 1629

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

*Stephanie Baron v. Pfizer, Inc.*, N.D. New York, C.A. No. 1:04-1301

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Baron*) on January 18, 2005. In the absence of any opposition, the conditional transfer order was finalized with respect to *Baron* on February 3, 2005. The Panel has now been advised, however, that *Baron* was remanded to the Supreme Court of the State of New York in and for the County of Albany by the Honorable David N. Hurd in an order filed on January 31, 2005.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-2" filed on January 18, 2005, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel